**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter  __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | BOA Nutrition, Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-3885650 |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4208 Six Forks Road, Suite 1000<br>Raleigh, NC 27609 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Wake | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.  Debtor's website** (URL)    https://boablast.com/

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    BOA Nutrition, Inc.                                                                 Case number (if known)
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
___3254___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. **Check *all* that apply:**

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

| Debtor | BOA Nutrition, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor     BOA Nutrition, Inc.                                      Case number (*if known*)
           Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     December 19, 2023
                MM / DD / YYYY

**X** /s/ Kelley Williams, Jr.                          Kelley Williams, Jr.
Signature of authorized representative of debtor        Printed name

Title     Board chairman

**18. Signature of attorney**

**X** /s/ John A Northen                          Date     December 19, 2023
Signature of attorney for debtor                          MM / DD / YYYY

John A Northen 6789
Printed name

Northen Blue LLP
Firm name

1414 Raleigh Rd
Ste 435
Chapel Hill, NC 27517-8834
Number, Street, City, State & ZIP Code

Contact phone    (919) 948-6823     Email address    jan@nbfirm.com

6789 NC
Bar number and State

**Fill in this information to identify the case:**

Debtor name    BOA Nutrition, Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 19, 2023    **X** /s/ Kelley Williams, Jr.
                                                 Signature of individual signing on behalf of debtor

                                                 Kelley Williams, Jr.
                                                 Printed name

                                                 Board chairman
                                                 Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   BOA Nutrition, Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*...............................................................   $     0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................   $     400,066.11

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................   $     400,066.11

### Part 2:   Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     185,063.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................   $     93,748.48

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............   +$     2,423,315.60

4. **Total liabilities** ........................................................................
   Lines 2 + 3a + 3b   $     2,702,127.08

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    BOA Nutrition, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Truist Bank | Checking | 5592 | $66.11 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                              $66.11
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:    11,520.00    -    11,520.00    =....    Unknown
face amount                  doubtful or uncollectible accounts

Debtor    BOA Nutrition, Inc.                                    Case number *(If known)*
_____
Name

| 12. | **Total of Part 3.** | | $0.00 |
| | Current value on lines 11a + 11b = line 12.   Copy the total to line 82. | | |

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| Inventory | | $389,028.00 | Estimated | Unknown |
| **22. Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | | $0.00 |
| | Add lines 19 through 22.   Copy the total to line 84. | | |

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | BOA Nutrition, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|---|---|---|---|---|
| | Computers | $6,345.00 | Estimated | Unknown |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |
|---|---|---|

| 43. | **Total of Part 7.** Add lines 39 through 42.   Copy the total to line 86. | $0.00 |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** patent applications, licenses, trademarks, trade names, other intellectual properties | $0.00 | Estimated | $400,000.00 |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | $400,000.00 |
|---|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☒ No

Debtor    BOA Nutrition, Inc.         Case number *(If known)* _____
        Name

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Debtor  BOA Nutrition, Inc.
_____        Case number *(If known)* _____
  Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $66.11 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $400,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $400,066.11 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $400,066.11 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Rev. 5/2022

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:                                                                           CASE NUMBER:
BOA Nutrition, Inc.
    Debtor(s).

SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I, __Kelley Williams, Jr.__, claim the following property as exempt pursuant to 11 U.S.C. § 522 and the laws of the State of North Carolina, and nonbankruptcy Federal law:   **(Attach additional sheets if necessary)**.

1.   NCGS 1C-1601(a)(1) (NC Const., Article X, Section 2) REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT (The exemption is not to exceed $35,000; however, an unmarried debtor who is 65 years of age or older is entitled to retain an aggregate interest in the property not to exceed $60,000 in value so long as the property was previously owned by the debtor as a tenant by the entireties or as a joint tenant with rights of survivorship and the former co-owner of the property is deceased, in which case the debtor must specify his/her age and the name of the former co-owner, if a child use initials only, of the property below).

| Description of Property and Address | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Mortgage Holder or Lien Holder | Amount of Mortgage or Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(1) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

Debtor's Age: _____
Name of former co-owner: _____

**VALUE OF REAL ESTATE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(1):**   $      0.00

2.   NCGS 1C-1601(a)(3) MOTOR VEHICLE (The exemption in one vehicle is not to exceed $3,500).

| Model, Year Style of Auto | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(3) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

**VALUE OF MOTOR VEHICLE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(3):**
  $      0.00

3.   NCGS 1C-1601(a)(4) (NC Const., Article X, Section 1) PERSONAL OR HOUSEHOLD GOODS (The debtor's aggregate interest is not to exceed $5,000 plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents).   The number of dependents for exemption purposes is __0__.

| Description of Property | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Claimed as Exempt Pursuant to NCGS 1C-1601(a)(4) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

**VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(4):**   $      0.00

4. NCGS 1C-1601(a)(5) TOOLS OF TRADE (The debtor's aggregate interest is not to exceed $2,000 in value).

| Description | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(5) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

**VALUE CLAIMED AS EXEMPT   PURSUANT TO NCGS 1C-1601(a)(5):**   $      0.00

5.   NCGS 1C-1601(a)(6) LIFE INSURANCE (NC Const., Article X, Section 5).

| Description\Insured\Last Four Digits of Policy Number\Beneficiary(if child, initials only) | Cash Value |
|---|---|
| -NONE- | |

Schedule C-1 - Property Claimed as Exempt - 3/2016

6.   NCGS 1C-1601(a)(7) PROFESSIONALLY PRESCRIBED HEALTH AIDS (For Debtor or Debtor's Dependents, no limit on value).

| Description |
| --- |
| -NONE- |

7.   NCGS 1C-1601(a)(8)   COMPENSATION FOR PERSONAL INJURY, INCLUDING COMPENSATION FROM PRIVATE DISABILITY POLICIES OR ANNUITIES, OR COMPENSATION FOR DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT. COMPENSATION NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.

| Description AND Source of Compensation, Including Name (If child, initials only) & Last Four Digits of Account Number of any Disability Policy/Annuity |
| --- |
| -NONE- |

8. NCGS 1C-1601(a)(2) ANY PROPERTY (Debtor's aggregate interest in any property is not to exceed $5,000 in value of any unused exemption amount to which the debtor is entitled under NCGS 1C-1601(a)(1)).

| Description of Property and Address | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(2) |
| --- | --- | --- | --- | --- | --- | --- |
| -NONE- | | | | | | |

VALUE CLAIMED AS EXEMPT   PURSUANT TO NCGS 1C-1601(a)(2):   $   0.00

9.   NCGS 1C-1601(a)(9) and 11 U.S.C. § 522   INDIVIDUAL RETIREMENT PLANS & RETIREMENT FUNDS, as defined in the Internal Revenue Code, and any plan treated in the same manner as an individual retirement plan, including individual retirement accounts and Roth retirement accounts as described in §§ 408(a) and 408A of the Internal Revenue Code, individual retirement annuities as described in § 408(b) of the Internal Revenue Code, accounts established as part of a trust described in § 408(c) of the Internal Revenue Code, and funds in an account exempt from taxation under § 401, 403, 408, 408A, 414, 457, or 510(a) of the Internal Revenue Code. For purposes of this subdivision, "Internal Revenue Code" means Code as defined in G.S. 105-228.90.

| Type of Account\Location of Account\Last Four Digits of Account Number |
| --- |
| -NONE- |

10.   NCGS 1C-1601(a)(10) FUNDS IN A COLLEGE SAVINGS PLAN, as qualified under § 529 of the Internal Revenue Code, and that are not otherwise excluded from the estate pursuant to 11 U.S.C. §§ 541(b)(5)-(6), (e), not to exceed a cumulative limit of $25,000. If funds were placed in a college savings plan within the 12 months prior to filing, the contributions must have been made in the ordinary course of the debtor's financial affairs and must have been consistent with the debtor's past pattern of contributions. The exemption applies to funds for a child of the debtor that will actually be used for the child's college or university expenses.

| College Savings Plan\Last Four Digits of Account Number\Value\Initials of Child Beneficiary |
| --- |
| -NONE- |

11.   NCGS 1C-1601(a)(11) RETIREMENT BENEFITS UNDER THE RETIREMENT PLANS OF OTHER STATES AND GOVERNMENTAL UNITS OF OTHER STATES (The debtor's interest is exempt only to the extent that these benefits are exempt under the laws of the state or governmental unit under which the benefit plan is established).

| Name of Retirement Plan\State Governmental Unit\Last Four Digits of Identifying Number |
| --- |
| -NONE- |

12.   NCGS 1C-1601(a)(12) ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH THE DEBTOR IS ENTITLED   (The debtor's interest is exempt to the extent the payments or funds are reasonably necessary for the support of the debtor or any dependent of the debtor).

| Type of Support\Amount\Location of Funds |
| --- |
| -NONE- |

13.   TENANCY BY THE ENTIRETY.   The following property is claimed as exempt pursuant to 11 U.S.C. § 522 and the law of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property and Address | Market Value | Lien Holder | Amount of Lien | Net Value |
| --- | --- | --- | --- | --- |
| -NONE- | | | | |

VALUE CLAIMED AS EXEMPT:   $   0.00

14.  NORTH CAROLINA PENSION FUND EXEMPTIONS

| -NONE- | |
|--------|--|

15.  OTHER EXEMPTIONS CLAIMED UNDER LAWS OF THE STATE OF NORTH CAROLINA

| -NONE- | |
|--------|--|

16.  FEDERAL PENSION FUND EXEMPTIONS

| -NONE- | |
|--------|--|

17.  OTHER EXEMPTIONS CLAIMED UNDER NONBANKRUPTCY FEDERAL LAW

| -NONE- | |
|--------|--|

18.  RECENT PURCHASES

(a).  List tangible personal property purchased by the debtor within ninety (90) days of the filing of the bankruptcy petition.

| Description | Market Value | Lien Holder | Amount of Lien | Net Value |
|-------------|-------------|-------------|----------------|-----------|
| -NONE- | | | | |

(b).  List any tangible personal property from 18(a) that is directly traceable to the liquidation or conversion of property that may be exempt and that was not acquired by transferring or using additional property.

| Description of Replacement Property | Description of Property Liquidated or Converted that May Be Exempt |
|-------------------------------------|-------------------------------------------------------------------|
| | |

19. The debtor's property is subject to the following claims:

a.      Of the United States or its agencies as provided by federal law.
b.      Of the State of North Carolina or its subdivisions for taxes, appearance bonds or fiduciary bonds;
c.      Of a lien by a laborer for work done and performed for the person claiming the exemption, but only as to the specific property affected.
d.      Of a lien by a mechanic for work done on the premises, but only as to the specific property affected.
e.      For payment of obligations contracted for the purchase of specific real property affected.
f.      For contractual security interests in specific property affected; provided, that the exemptions shall apply to the debtor's household goods notwithstanding any contract for a nonpossessory, nonpurchase money security interest in any such goods.
g.      For statutory liens, on the specific property affected, other than judicial liens.
h.      For child support, alimony or distributive award order pursuant to Chapter 50 of the General Statutes of North Carolina.
i.      For criminal restitution orders docketed as civil judgments pursuant to G.S. 15A-1340.38.
j.      Debts of a kind specified in 11 U.S.C. § 523(a)(1) (certain taxes), (5) (domestic support obligations).
k.      Debts of a kind specified in 11 U.S.C. § 522(c).

| Claimant | Nature of Claim | Amount of Claim | Description of Property | Value of Property | Net Value |
|----------|-----------------|-----------------|-------------------------|-------------------|-----------|
| -NONE- | | | | | |

None of the property listed in paragraph 18(a), except qualified replacement property under 18(b), has been included in this claim of exemptions.

None of the claims listed in paragraph 19 is subject to this claim of exemptions.

I declare that to the extent any exemptions I have claimed appear on its face to exceed the amount allowed by the applicable statute, I claim only the maximum amount allowed by statute.

UNSWORN DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF INDIVIDUAL
TO SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I,   Kelley Williams, Jr.   , declare under penalty of perjury that I have read the foregoing Schedule C-1 - Property Claimed as Exempt, consisting of 4 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Executed on:   December 19, 2023                       /s/ Kelley Williams, Jr.
                                                       Kelley Williams, Jr.
                                                                      Debtor

**Fill in this information to identify the case:**

Debtor name ___BOA Nutrition, Inc.___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF NORTH CAROLINA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

| | |
|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A* **Amount of claim** Do not deduct the value of collateral. / *Column B* **Value of collateral that supports this claim** |

**2.1** BOA Refinance Corp, LLC

Creditor's Name

Attn: Jill Walters
Baker Donelson law firm
2530 Meridian Pkwy, Suite 300
Durham, NC 27713

Creditor's mailing address

jwalters@bakerdonelson.com

Creditor's email address, if known

**Date debt was incurred**
9/22, 10/12, 10/31, 11/21, 11/30 & 12/14/23

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Accounts receivable; Inventory ; Computers; patent applications, licenses, trademarks, trade names, other intellectual properties

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $185,063.00

Column B: $400,000.00

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $185,063.00

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name ___BOA Nutrition, Inc.___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF NORTH CAROLINA___

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Daren Lucas<br>313 Bowden Rd.<br>Chapel Hill, NC 27516 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,811.01 | $1,811.01 |
| Date or dates debt was incurred | Basis for the claim:<br>Expense report | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Douglas Strom<br>410 Stone Flower Lane<br>Raleigh, NC 27603 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23,859.60 | $15,150.00 |
| Date or dates debt was incurred<br>May-September 2023 | Basis for the claim:<br>Salary and expenses | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>Jon L. Pritchett<br>337 Ivy Circle<br>Bermuda Run, NC 27006 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,874.33 | $15,150.00 |
| Date or dates debt was incurred<br>May-July 2023 | Basis for the claim:<br>Salary and expenses | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   BOA Nutrition, Inc.
_____          Case number (if known) _____
         Name

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47,203.54 | $15,150.00 |
|---|---|---|---|---|

Maurice E. Durschlag
115 Westlake Drive
Seneca, SC 29672

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
May-September, 2023

Basis for the claim:
Salary and expernses

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $47,184.75 |
|---|---|---|---|

Acadia.IO LLC
Attn: Officer / Managing Agent
PO Box 94006
Atlanta, GA 30377

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Advertising with Amazon

Is the claim subject to offset?  ☐ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $0.00 |
|---|---|---|---|

Archie Paton
Greenside Cottage, Greenside of Blebo
BleboCraigs, Cupar, Fife KY155UD
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Option to purchase common stock

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $0.00 |
|---|---|---|---|

Armando Bacot
3025 E. Exposition Ave.
Denver, CO 80209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Option to purchase common stock

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $1,085.99 |
|---|---|---|---|

Atlas
Attn: Officer / Managing Agent
13165 N.W. 38th Avenue
Opa Locka, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  POS header printing

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $3,750.00 |
|---|---|---|---|

Bang Bang Studios LLC
Attn: Officer / Managing Agent
12606 W Virginia Ave
Denver, CO 80228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Des Linden photography and licensing

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | BOA Nutrition, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,000.00

Big Unit LLC
Attn: Officer / Managing Agent
988 Utica Circle
Boulder, CO 80306

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Professional influencer

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Bill Carr
3602 NW 46th Place
Gainesville, FL 32605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Option to purchase common stock

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Chris Plunket
1512 Carr St.
Raleigh, NC 27608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Option to purchase common stock

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Daren Lucas
313 Bowden Rd.
Chapel Hill, NC 27516

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Option to purchase common stock

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Desiree Linden Davila
4721 Lake Shore
Charlevoix, MI 49720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Option to purchase common stock

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,000.00

Douglas Strom
410 Stone Flower Lane
Raleigh, NC 27603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 6/2/2023 & 7/20/23

**Basis for the claim:** Short Term Loans

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Douglas Strom
410 Stone Flower Lane
Raleigh, NC 27603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Option to purchase common stock

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Dr. David Berkoff
2000 South Lake Shore Dr.
Chapel Hill, NC 27514

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Option to purchase common stock

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor  BOA Nutrition, Inc.
        Name

Case number *(if known)*

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Dr. Jeff Bytomski
103 Cypress Mill Rd.
Morrisville, NC 27560

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Option to purchase common stock

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Dr. Rod Walters
PO Box 1922
Lexington, SC 29072

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Option to purchase common stock

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

EBP Central
PO Box 741
Media, PA 19603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

Engage LLC
Attn: Officer / Managing Agent
3025 E Exposition Ave
Denver, CO 80209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Professional influencer

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $820,540.91 |
|---|---|---|---|

Formulated Solutions LLC
Attn: Officer / Managing Agent
11775 Starkey Road
Largo, FL 33773

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** various

**Basis for the claim:** Product manufacturing

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,227.62 |
|---|---|---|---|

French West Vaughn, LLC
Attn: Officer / Managing Agent
112 E Hargett Street
Raleigh, NC 27601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** various

**Basis for the claim:** Public relations

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

GSP1 US, Inc.
Dept 781271
PO Box 78000
Detroit, MI 48278-1271

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Hunter McIntyre
ADDRESS UNKNOWN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Option to purchase common stock

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor   BOA Nutrition, Inc.
_____     Case number (if known) _____
Name

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,812.50 |
|---|---|---|

James Kitchen
PO Box 225
Chapel Hill, NC 27514

**Date(s) debt was**
**incurred** 8/25, 8/30, 9/8 & 11/22/23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Short Term Loans

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

Jay Harrison
1529 Rock Dove Way
Raleigh, NC 27614

**Date(s) debt was incurred** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Option to purchase common stock

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

Jeremy Gsell
108 Ashford Ln.
Alabaster, AL 35007

**Date(s) debt was incurred** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Option to purchase common stock

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

Jeremy Roach
631 Lawndale Ave.
Durham, NC 27705

**Date(s) debt was incurred** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Option to purchase common stock

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

Jon L. Pritchett
337 Ivy Circle
Bermuda Run, NC 27006

**Date(s) debt was incurred** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Option to purchase common stock

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

Josh Cox
PO Box 3892
Mammoth Lakes, CA 93546

**Date(s) debt was incurred** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Option to purchase common stock

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

Kelley Williams, Jr.
PO Box 14128
Jackson, MS 39236

**Date(s) debt was incurred** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Option to purchase common stock

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

Ken Statler
6450 Dougherty Rd., Apt. 817
Dublin, CA 94568

**Date(s) debt was incurred** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Option to purchase common stock

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  BOA Nutrition, Inc.                                                Case number (if known) _____
_____
Name

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,000.00 |
|---|---|---|---|

King Social Management
Attn: Officer / Managing Agent
8422 Leeper Drive
Charlotte, NC 28277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Handles influencers

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,606.73 |
|---|---|---|---|

Logistech Solutions
Attn: Officer / Managing Agent
1800 Quality Dr NE
Wilson, NC 27893

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Product warehousing and shipment

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Martin Rennie
ADDRESS UNKNOWN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Option to purchase common stock

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,275.00 |
|---|---|---|---|

Nick Pastura Inc
Attn: Officer / Managing Agent
6020 W 130th Street
Brookpark, OH 44142

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Custom paint work for Sam Long (helmet)

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Norm Bilow
1713 W. Hubbard St.
Chicago, IL 60622

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Option to purchase common stock

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,575.00 |
|---|---|---|---|

NSF International
Attn: Officer / Managing Agent
789 N. Dixboro Rd
Ann Arbor, MI 48105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Certification agency for sports products

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $102,711.00 |
|---|---|---|---|

Polsinelli
Attn: Officer / Managing Agent
900 W. 48th Place, Suite 900
Kansas City, MO 64112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Attorney Fees - trademark

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor    BOA Nutrition, Inc.
          _____          Case number (if known)  _____
          Name

| | | |
|---|---|---|
| **3.37** | **Nonpriority creditor's name and mailing address**<br>PortfolioCRSB Ltd<br>Attn: Ryan Bowd, 16 Montpelier House, Suffolk<br>Square<br>Cheltenham Gloucestershire GL50 2DY<br>UNITED KINGDOM | **As of the petition filing date, the claim is:** Check all that apply.  **$3,000.00** |
| | **Date(s) debt was incurred** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  Professional influencer<br>Is the claim subject to offset?  ☒ No   ☐ Yes |

| | | |
|---|---|---|
| **3.38** | **Nonpriority creditor's name and mailing address**<br>Ron Courson<br>1180 Arizona Bend<br>Watkinsville, GA 30677 | **As of the petition filing date, the claim is:** Check all that apply.  **$0.00** |
| | **Date(s) debt was incurred** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  Option to purchase common stock<br>Is the claim subject to offset?  ☒ No   ☐ Yes |

| | | |
|---|---|---|
| **3.39** | **Nonpriority creditor's name and mailing address**<br>Ryan Bolton<br>PO Box 2497<br>Santa Fe, NM 87504 | **As of the petition filing date, the claim is:** Check all that apply.  **$0.00** |
| | **Date(s) debt was incurred** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  Option to purchase common stock<br>Is the claim subject to offset?  ☒ No   ☐ Yes |

| | | |
|---|---|---|
| **3.40** | **Nonpriority creditor's name and mailing address**<br>Sam Long<br>c/o Nicholas D. Ott<br>309 E. 5th St., Unit 201<br>Des Moines, IA 50309 | **As of the petition filing date, the claim is:** Check all that apply.  **$0.00** |
| | **Date(s) debt was incurred** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  Option to purchase common stock<br>Is the claim subject to offset?  ☒ No   ☐ Yes |

| | | |
|---|---|---|
| **3.41** | **Nonpriority creditor's name and mailing address**<br>Shopify, Inc.<br>151 O'Connor St., Ground floor<br>Ottawa K2P 2L8<br>Ontario | **As of the petition filing date, the claim is:** Check all that apply.  **$2,489.97** |
| | **Date(s) debt was incurred** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  Trade debt<br>Is the claim subject to offset?  ☒ No   ☐ Yes |

| | | |
|---|---|---|
| **3.42** | **Nonpriority creditor's name and mailing address**<br>Smith Anderson Law Firm<br>Attn: Josh Diver<br>150 Fayetteville St., Suite 2300<br>Raleigh, NC 27601 | **As of the petition filing date, the claim is:** Check all that apply.  **$221,322.93** |
| | **Date(s) debt was incurred**  various | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  Attorney Fees - corporate<br>Is the claim subject to offset?  ☒ No   ☐ Yes |

| | | |
|---|---|---|
| **3.43** | **Nonpriority creditor's name and mailing address**<br>Steve Hall<br>1300 South Mint St., Ste. 405<br>Charlotte, NC 28203 | **As of the petition filing date, the claim is:** Check all that apply.  **$0.00** |
| | **Date(s) debt was incurred** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  Option to purchase common stock<br>Is the claim subject to offset?  ☒ No   ☐ Yes |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | BOA Nutrition, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116,500.00 |
|---|---|---|---|

**Super League International Limited**
The Concourse Waterloo Station, Suite 1
London SE1 7LY
GREAT BRITAIN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Sponsorship agreement

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susan Kitchen**
PO Box 225
Chapel Hill, NC 27514

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Option to purchase common stock

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,000.00 |
|---|---|---|---|

**The Escape Pod**
Attn: Officer / Managing Agent
400 North Peoria St Ste 2
Chicago, IL 60642

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Advertising

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,828.78 |
|---|---|---|---|

**TicketIQ**
Attn: Officer / Managing Agent
79 Madison Ave, Floor 15
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Internet advertising agency

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133,438.00 |
|---|---|---|---|

**USA Triathlon**
Attn: Officer / Managing Agent
5825 Delmonico Dr Ste 200
Colorado Springs, CO 80919

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Sponsorship agreement

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Morris**
Kimberton Farm
837 Ellison Ln.
Lake City, SC 29560

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Option to purchase common stock

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $679,216.42 |
|---|---|---|---|

**World Triathlon Corp.**
Attn: Officer / Managing Agent
3407 W Dr Martin Luther King Jr Blvd Ste 100
Tampa, FL 33607

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Sponsorship agreement

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    BOA Nutrition, Inc.                                    Case number (if known) _____
                _____
                Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Don A. Leviton<br>The Leviton Law Firm, Ltd.<br>One Pierce Place, Suite 725W<br>Itasca, IL 60143 | Line  3.1<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Jennifer N. Fountain<br>Isaacson Sheridan<br>804 Green Vallely Rd., Suite 200<br>Greensboro, NC 27408 | Line  3.19<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | William G. Giltinan<br>Carlton Fields<br>PO Box 3239<br>Tampa, FL 33601-3239 | Line  3.50<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | William R.Wohlsifer<br>William R.Wohlsifer, PLLC<br>12612 Fourth Isle<br>Hudson, FL 34667 | Line  3.50<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 93,748.48 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 2,423,315.60 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 2,517,064.08 |

**Fill in this information to identify the case:**

Debtor name    BOA Nutrition, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Consulting contract | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Dave McLean<br>182 Morgan Place<br>Castle Rock, CO 80108 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Exclusive Broker Agreement | |
| | State the term remaining | | Faith Business Management Co., Inc.<br>National Direct Sales & Marketing<br>Attn: Joe Namee |
| | List the contract number of any government contract | | 101 Ringtail Cove<br>Georgetown, TX 78628 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Supply agreement | |
| | State the term remaining | | Formulated Solutions LLC<br>Attn: Officer / Managing Agent |
| | List the contract number of any government contract | | 11775 Starkey Road<br>Largo, FL 33773 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Sales and marketing agreement | |
| | State the term remaining | | Icon   Medical, LLC<br>Attn: John N. Miller |
| | List the contract number of any government contract | | PO Box 2407<br>Matthews, NC 28106 |

Debtor 1  BOA Nutrition, Inc.

First Name          Middle Name          Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

Payment Agreement and Release

State the term remaining

List the contract number of any government contract

Jon L. Pritchett
337 Ivy Circle
Bermuda Run, NC 27006

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

Warehouse and fulfillment logistics

State the term remaining

List the contract number of any government contract

Logistech Solutions
Attn: Officer / Managing Agent
1800 Quality Dr NE
Wilson, NC 27893

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

Short-term rental agreement, office space

State the term remaining

List the contract number of any government contract

Regus Management Group, LLC
Attn: Michael Bonham
12 Floor 15305 Dallas Parkway
Addison, TX 75001

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

order fulfillment

State the term remaining

List the contract number of any government contract

Shopify, Inc.
151 O'Connor St., Ground floor
Ottawa K2P 2L8
Ontario

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

Warrants to purchase common stock

State the term remaining

List the contract number of any government contract

Smith Anderson Law Firm
Attn: Josh Diver
150 Fayetteville St., Suite 2300
Raleigh, NC 27601

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor 1  BOA Nutrition, Inc.
_____  Case number *(if known)* _____
First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Sponsorship agreement | |
|---|---|---|---|
| | State the term remaining | | Super League International Limited |
| | List the contract number of any government contract | | The Concourse Waterloo Station, Suite 1 London SE1 7LY Great Britain |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Sponsorship agreement | |
|---|---|---|---|
| | State the term remaining | | USA Triathlon |
| | List the contract number of any government contract | | Attn: Officer / Managing Agent 5825 Delmonico Dr Ste 200 Colorado Springs, CO 80919 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Sponsorship agreement | |
|---|---|---|---|
| | State the term remaining | | World Triathlon Corp. |
| | List the contract number of any government contract | | Attn: Officer / Managing Agent 3407 W Dr Martin Luther King Jr Blvd Ste 100 Tampa, FL 33607 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    BOA Nutrition, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___BOA Nutrition, Inc.___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF NORTH CAROLINA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | From the beginning of the fiscal year to filing date:<br>From 01/01/2023 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $106,089.80 |
   | For prior year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other _____ | $182,960.60 |
   | For year before that:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br>☐ Other _____ | $17,586.57 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    BOA Nutrition, Inc.                                              Case number *(if known)*

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  Smith Anderson law firm | | $8,260.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.2.  Logistech Solutions | | $20,164.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.3.  Dave McLean | | $20,920.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Maurice Durschlag<br><br>Director, Interim CEO | | $19,575.39 | repayment of short-term loan |
| 4.2.  Jon L. Pritchett<br><br>Director, CEO | | $32,997.48 | Repayment of short-term loan |

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

Debtor    BOA Nutrition, Inc.    Case number *(if known)*

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. French/West/Vaughn, LLC v. BOA Nutrition, Inc. 23 cv 22018-910 | Breach of contract | Superior Court-Wake County, NC 316 Fayetteville St. Raleigh, NC 27601 | ☐ Pending ☐ On appeal ☒ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    BOA Nutrition, Inc.                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Northen Blue LLP 1414 Raleigh Rd Ste 435 Chapel Hill, NC 27517-8834 | | September 22, 2023, $50,000; December 14, 2023, $7,500. | $57,500.00 |
| | **Email or website address** jan@nbfirm.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   BOA Nutrition, Inc.                                          Case number *(if known)*

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Logistech Solutions<br>1800 Quality Dr. NE<br>Wilson, NC 27893 | Debtor | finished goods | ☐ No<br>☒ Yes |
| Formulated Solutions LLC<br>Attn: Officer / Managing Agent<br>11775 Starkey Road<br>Largo, FL 33773 | Debtor | finished goods | ☐ No<br>☒ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | BOA Nutrition, Inc. | | Case number *(if known)* | |

owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☒ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Douglas Strom<br>410 Stone Flower Lane<br>Raleigh, NC 27603 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   BOA Nutrition, Inc.                                                    Case number *(if known)*

☒ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Merrill Mason | 150 Fayetteville St., Suite 2300 Raleigh, NC 27601 | Secretary | 0.08 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Kitchen | PO Box 225 Chapel Hill, NC 27514 | Director | 5.25 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| J. Kelley Williams, Jr. | PO Box 14128 Jackson, MS 39236 | Director | 0.15 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Hein Pretorius | PC Hooftstraat 174, 1071 CH, Amsterdam, Noord-Holland Netherlands | Director | 4.87 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Norm Bilow | 1713 W. Hubbard Chicago, IL 60622 | Director | 1.42 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jason Meggs | 2812 Winter Song Rd. Raleigh, NC 27614 | Director | 0.41 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Will Pleasants | 3618 Rabbit Hollow Trail Raleigh, NC 27614 | Director | 0.61 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Maurice Durschlag | 115 Westlake Drive Seneca, SC 29672 | CEO, Director | 43.98 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☒ Yes. Identify below.

Debtor   BOA Nutrition, Inc.                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Jon L. Pritchett | 337 Ivy Circle<br>Bermuda Run, NC 27006 | President, Director | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| William Carr | 3602 NW 46th Pl.<br>Gainesville, FL 32605 | Director | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | Jon L. Pritchett | $115,142.09 | | Accrued and unpaid, and settlement payment. |
| | **Relationship to debtor**<br>Former CEO | | | |
| 30.2. | Maurice Durschlag | $97,129.29 | | salary |
| | **Relationship to debtor**<br>Director, interim CEO | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    BOA Nutrition, Inc. _____    Case number *(if known)* _____

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____December 19, 2023____

/s/ Kelley Williams, Jr. _____        Kelley Williams, Jr. _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Board chairman _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re    BOA Nutrition, Inc.

Debtor(s)

Case No.

Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept ................................................. | $ | 7,500.00 |
| Prior to the filing of this statement I have received ....................................... | $ | 7,500.00 |
| Balance Due .................................................................................................. | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ☒ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor        ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Analysis of financial situation, and rendering of advice and assistance to client in determining if a petition should be filed under Title 11 of the US Code. Preparation and filing of the petition, schedules and statement of affairs and other documents required by the court, including any amendments to the schedules. Represenation at the meeting of creditors. Representation of debtor in providing Trustee or Bankrupcy Administrator with compliance documents or other information and documents.  Unless otherwise stated fee paid by client includes filing fees.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Adversary Proceedings.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

December 19, 2023

*Date*

/s/ John A Northen

John A Northen 6789

*Signature of Attorney*

Northen Blue LLP
1414 Raleigh Rd
Ste 435
Chapel Hill, NC 27517-8834
(919) 948-6823    Fax: (919) 942-6603
jan@nbfirm.com

*Name of law firm*

---

# United States Bankruptcy Court
### Eastern District of North Carolina

In re    BOA Nutrition, Inc.

           Debtor(s)

Case No.

Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the Board chairman of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    December 19, 2023

/s/ Kelley Williams, Jr.

Kelley Williams, Jr./Board chairman
Signer/Title

Acadia.IO LLC
Attn: Officer / Managing Agent
PO Box 94006
Atlanta, GA 30377


Archie Paton
Greenside Cottage, Greenside of Blebo
BleboCraigs, Cupar, Fife KY155UD
UNITED KINGDOM


Armando Bacot
3025 E. Exposition Ave.
Denver, CO 80209


Atlas
Attn: Officer / Managing Agent
13165 N.W. 38th Avenue
Opa Locka, FL 33054


Bang Bang Studios LLC
Attn: Officer / Managing Agent
12606 W Virginia Ave
Denver, CO 80228


Big Unit LLC
Attn: Officer / Managing Agent
988 Utica Circle
Boulder, CO 80306


Bill Carr
3602 NW 46th Place
Gainesville, FL 32605


BOA Refinance Corp, LLC
Attn: Jill Walters
Baker Donelson law firm 2530 Meridian Pk
Durham, NC 27713


Chris Plunket
1512 Carr St.
Raleigh, NC 27608


Daren Lucas
313 Bowden Rd.
Chapel Hill, NC 27516


Dave McLean
182 Morgan Place
Castle Rock, CO 80108


Desiree Linden Davila
4721 Lake Shore
Charlevoix, MI 49720

```
Don A. Leviton
The Leviton Law Firm, Ltd.
One Pierce Place, Suite 725W
Itasca, IL 60143


Douglas Strom
410 Stone Flower Lane
Raleigh, NC 27603


Dr. David Berkoff
2000 South Lake Shore Dr.
Chapel Hill, NC 27514


Dr. Jeff Bytomski
103 Cypress Mill Rd.
Morrisville, NC 27560


Dr. Rod Walters
PO Box 1922
Lexington, SC 29072


EBP Central
PO Box 741
Media, PA 19603


Engage LLC
Attn: Officer / Managing Agent
3025 E Exposition Ave
Denver, CO 80209


Faith Business Management Co., Inc.
Attn: Joe Namee
National Direct Sales & Marketing 101 Ri
Georgetown, TX 78628


Formulated Solutions LLC
Attn: Officer / Managing Agent
11775 Starkey Road
Largo, FL 33773


French West Vaughn, LLC
Attn: Officer / Managing Agent
112 E Hargett Street
Raleigh, NC 27601


GSP1 US, Inc.
Dept 781271 PO Box 78000
Detroit, MI 48278-1271


Hunter McIntyre
ADDRESS UNKNOWN


Icon Medical, LLC
Attn: John N. Miller
PO Box 2407
Matthews, NC 28106
```

```
James Kitchen
PO Box 225
Chapel Hill, NC 27514


Jay Harrison
1529 Rock Dove Way
Raleigh, NC 27614


Jennifer N. Fountain
Isaacson Sheridan
804 Green Vallely Rd., Suite 200
Greensboro, NC 27408


Jeremy Gsell
108 Ashford Ln.
Alabaster, AL 35007


Jeremy Roach
631 Lawndale Ave.
Durham, NC 27705


Jon L. Pritchett
337 Ivy Circle
Bermuda Run, NC 27006


Josh Cox
PO Box 3892
Mammoth Lakes, CA 93546


Kelley Williams, Jr.
PO Box 14128
Jackson, MS 39236


Ken Statler
6450 Dougherty Rd., Apt. 817
Dublin, CA 94568


King Social Management
Attn: Officer / Managing Agent
8422 Leeper Drive
Charlotte, NC 28277


Logistech Solutions
Attn: Officer / Managing Agent
1800 Quality Dr NE
Wilson, NC 27893


Martin Rennie
ADDRESS UNKNOWN


Maurice E. Durschlag
115 Westlake Drive
Seneca, SC 29672
```

```
Nick Pastura Inc
Attn: Officer / Managing Agent
6020 W 130th Street
Brookpark, OH 44142


Norm Bilow
1713 W. Hubbard St.
Chicago, IL 60622


NSF International
Attn: Officer / Managing Agent
789 N. Dixboro Rd
Ann Arbor, MI 48105


Polsinelli
Attn: Officer / Managing Agent
900 W. 48th Place, Suite 900
Kansas City, MO 64112


PortfolioCRSB Ltd
Attn: Ryan Bowd, 16 Montpelier House, Su
Cheltenham Gloucestershire GL50 2DY
UNITED KINGDOM


Regus Management Group, LLC
Attn: Michael Bonham
12 Floor 15305 Dallas Parkway
Addison, TX 75001


Ron Courson
1180 Arizona Bend
Watkinsville, GA 30677


Ryan Bolton
PO Box 2497
Santa Fe, NM 87504


Sam Long
c/o Nicholas D. Ott
309 E. 5th St., Unit 201
Des Moines, IA 50309


Shopify, Inc.
151 O'Connor St., Ground floor
Ottawa K2P 2L8
Ontario


Smith Anderson Law Firm
Attn: Josh Diver
150 Fayetteville St., Suite 2300
Raleigh, NC 27601


Steve Hall
1300 South Mint St., Ste. 405
Charlotte, NC 28203
```

Super League International Limited
The Concourse Waterloo Station, Suite 1
London SE1 7LY
GREAT BRITAIN


Susan Kitchen
PO Box 225
Chapel Hill, NC 27514


The Escape Pod
Attn: Officer / Managing Agent
400 North Peoria St Ste 2
Chicago, IL 60642


TicketIQ
Attn: Officer / Managing Agent
79 Madison Ave, Floor 15
New York, NY 10016


USA Triathlon
Attn: Officer / Managing Agent
5825 Delmonico Dr Ste 200
Colorado Springs, CO 80919


William G. Giltinan
Carlton Fields PO Box 3239
Tampa, FL 33601-3239


William Morris
Kimberton Farm 837 Ellison Ln.
Lake City, SC 29560


William R.Wohlsifer
William R.Wohlsifer, PLLC
12612 Fourth Isle
Hudson, FL 34667


World Triathlon Corp.
Attn: Officer / Managing Agent
3407 W Dr Martin Luther King Jr Blvd Ste
Tampa, FL 33607

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    BOA Nutrition, Inc.                                  Case No.

                                       Debtor(s)                  Chapter     7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    BOA Nutrition, Inc.    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

December 19, 2023
_____
Date

/s/ John A Northen
_____
John A Northen 6789
Signature of Attorney or Litigant
Counsel for    BOA Nutrition, Inc.
Northen Blue LLP
1414 Raleigh Rd
Ste 435
Chapel Hill, NC 27517-8834
(919) 948-6823  Fax:(919) 942-6603
jan@nbfirm.com